UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PREMIERE, INC. | CIVIL ACTION NO. 16-0066 |
| VERSUS | JUDGE ROBERT G. JAMES |
| TANGOE, INC. | MAG. JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation;

**IT IS ORDERED** that the Motion to Transfer filed by Tangoe, Inc. [Doc. No. 8] is **GRANTED**. Accordingly, this action is transferred to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. § 1404(a).

MONROE, LOUISIANA, this 8th day of September, 2016.

*[signature: Robert G. James]*

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE